Bill of exception No. 3 complains of the opening argument of counsel for the State wherein he made the following statement to the jury: "The defendant here had a wife and two small children and the record does not show that he contributed anything to their support for several months before his wife's death."

There was no specific evidence of the appellant's failure to support his wife and children. The uncontradicted evidence detailing the incidents of the tragedy is deemed such as to disclose that the remark of State's counsel quoted above was not such as to demand a reversal of the conviction. The remark stated the truth, namely, that there was no evidence that the appellant had given support to his family. His failure to do so was not a relevant subject of comment by counsel for the State, but, as stated above, viewing the record in its entirety, there is no such vice in the remark as to justify a reversal of the judgment of conviction. An affirmance is therefore ordered.

KRUEGER, Judge.

Appellant was convicted of violating the liquor laws of this state, and his punishment was assessed at a fine of $100.

Omitting the formal parts, the information reads as follows: "That Fred C. Fox on or about the 26th day of February, A. D., 1936, and before the filing of this information, in the county of Nacogdoches and State of Texas, did then and there unlawfully possess intoxicating liquor for the purpose of sale in dry area."

Under authority of the case of Whitmire v. State (Tex.Cr.App.) 94 S.W.(2d) 742, the information fails to charge an offense. See, also, Kelly v. State (Tex.Cr.App.) 98 S.W.(2d) 998, decided November 18, 1936, and Privit v. State (Tex.Cr.App.) 98 S.W.(2d) 204, decided November 4, 1936 (but not yet reported [in State report]).

Therefore the judgment of the trial court is reversed and the prosecution ordered dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## FOX v. STATE.

### No. 18644.

Court of Criminal Appeals of Texas.

Dec. 16, 1936.

Adams & McAlister, of Nacogdoches, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.